AARON M. CLEFTON, Esq. (SBN 318680)
CLEFTON DISABILITY LAW
2601 Blanding Ave, Suite C #336
Alameda, CA 94501
Telephone: (510) 832-5001
info@cleftonlaw.com

Attorneys for Plaintiff
HAYLEY DAVIES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYLEY DAVIES,<br><br>    Plaintiff,<br><br>    v.<br><br>CAVA GROUP, INC.<br><br>    Defendant. | CASE NO. 8:25-cv-1871-JWH-ADSx<br>Civil Rights<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff HAYLEY DAVIES hereby notifies the Court that the case has settled in its entirety. Plaintiff requests that the Court vacate all currently set deadlines.  However, Plaintiff requests that the case not be dismissed for 45 days so that the parties may finalize settlement documents and effectuate settlement. Plaintiff will file a voluntary dismissal of this matter by October 31, 2025.

Date: September 22, 2025          CLEFTON DISABILITY LAW


          */s/ Aaron M. Clefton*
          By AARON M. CLEFTON, Esq.
          Attorney for Plaintiff
          HAYLEY DAVIES

1

NOTICE OF SETTLEMENT
CASE NO. 8:25-cv-01871-JWH-ADSx