AARON M. CLEFTON (SBN 318680)
CLEFTON DISABILITY LAW
2601 Blanding Ave, Suite C #336
Alameda, CA 94501
Telephone:  510/832-5001
info@cleftonlaw.com

Attorneys for Plaintiff
HAYLEY DAVIES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYLEY DAVIES,<br><br>    Plaintiff,<br><br>    v.<br><br>CAVA GROUP, INC.<br><br>    Defendant. | CASE NO. 8:25-cv-1871-JWH-ADSx<br>Civil Rights<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that Plaintiff HAYLEY DAVIES ("Plaintiff") voluntarily dismisses the above-entitled action pursuant to FRCP 41(a)(1)(i) with prejudice.  Plaintiff is dismissing this action because this matter has settled. Plaintiff requests this dismissal be entered with prejudice.

Date: October 7, 2025                    CLEFTON DISABILITY LAW


                                         */s/ Aaron M. Clefton*
                                         By AARON M. CLEFTON, Esq.
                                         Attorney for Plaintiff
                                         HAYLEY DAVIES

1

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 8:25-cv-1871-JWH-ADSx